**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-2535**

---

WILLIAM LEE RICHARDSON, JR.,

Plaintiff - Appellant,

and

WILLIAM LEE RICHARDSON, SR.,

Plaintiff,

versus

STATE OF WEST VIRGINIA,

Defendant - Appellee.

---

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  W. Craig Broadwater, District Judge.  (CA-99-79-3)

---

Submitted:  March 23, 2000          Decided:  March 29, 2000

---

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

William Lee Richardson, Jr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William Lee Richardson, Jr., appeals the district court's order dismissing his complaint against the state of West Virginia. We have reviewed Richardson's complaint and find no reversible error in the district court's ruling that Richardson's claims are not justiciable. Accordingly, we affirm the district court's order dismissing Richardson's complaint. See Richardson v. West Virginia, No. CA-99-79-3 (N.D.W. Va. Nov. 16, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2